UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THADDEUS FLETCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 01-601  (JDB) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum Opinion issued this  26th  day of March, 2007, it is hereby

ORDERED that defendants' motions to dismiss [47][57][67] are GRANTED IN PART and DENIED IN PART, and the United States Parole Commission is hereby DISMISSED; it is further

ORDERED that the motion to dismiss plaintiff's claims under 42 U.S.C. § 1983 for injunctive and declaratory relief against the individual defendants in their official capacities is DENIED; and it is further

ORDERED that plaintiff's claims for monetary relief against all defendants are DISMISSED.

/s/
JOHN D. BATES
United States District Judge